1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

7

MICHAEL C. KUCZI,

Plaintiff,

Case No. C16-1139-TSZ-JPD

ORDER OF DENIAL

8

9

v.

10

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

11

Defendant.

12

13

The Court, having reviewed the Report and Recommendation of the Honorable James

P. Donohue, to which no objection was timely filed, does hereby find and ORDER:

14

15

(1)     The Court ADOPTS the Report and Recommendation, docket no. 3.

16

(2)     Plaintiff's application to proceed *in forma pauperis*, docket no. 1, is DENIED.

Plaintiff shall pay the applicable filing fee within thirty (30) days of the date of

17

this Order, or this case shall be dismissed.

18

(3)     The Clerk is directed to send copies of this Order to the parties and to the

19

Honorable James P. Donohue.

20

DATED this 26th day of August, 2016.

21

22

23

_____
Thomas S. Zilly
United States District Judge

24

ORDER OF DENIAL
PAGE - 1